AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

Caius Veiovis  
_Plaintiff/Petitioner_  
v.  
Colette Goguen, et al,  
_Defendant/Respondent_

) ) ) ) ) )

Civil Action No.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: __North Central Correctional Institution__.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

My gross pay or wages are: $ __N/A__ , and my take-home pay or wages are: $ __N/A__ per
(specify pay period) _____.

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply)_:

(a) Business, profession, or other self-employment    ☐ Yes    ☑ No  
(b) Rent payments, interest, or dividends             ☐ Yes    ☑ No  
(c) Pension, annuity, or life insurance payments      ☐ Yes    ☑ No  
(d) Disability, or worker's compensation payments     ☐ Yes    ☑ No  
(e) Gifts, or inheritances                            ☐ Yes    ☑ No  
(f) Any other sources                                 ☐ Yes    ☑ No  

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  1/Jan/18

_____
Applicant's signature

CAIUS VEIOVIS
Printed name

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20180605 09:51

Page: 1

| Commit# : | W105269 | | | | NCCI GARDNER | | | | |
| Name : | VEIOVIS, CAIUS, , | | | Statement From | 20180101 | | | | |
| Inst : | NCCI GARDNER | | | To | 20180605 | | | | |
| Block : | THOMPSON-3 | | | | | | | | |
| Cell/Bed : | 369 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $20,324.64 | $20,277.62 | $402.89 | $402.89 |
| 20180102 11:13 | VI - Visitation | 33541288 | 24774126232 | GAR | ~VEIOVIS, ABIGAIL, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20180102 11:13 | MA - Maintenance and Administration | 33541296 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20180103 20:00 | PY - Payroll | 33551524 | | GAR | ~20171217 To 20171223 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20180103 22:31 | CN - Canteen | 33559347 | | GAR | ~Canteen Date : 20180103 | $0.00 | $44.23 | $0.00 | $0.00 |
| 20180108 10:46 | VI - Visitation | 33574164 | 24728823854 | GAR | ~VEIOVIS, ABIGAIL, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20180109 16:28 | IS - Interest | 33589544 | | GAR | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20180110 20:00 | PY - Payroll | 33601689 | | GAR | ~20171224 To 20171230 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20180110 22:30 | CN - Canteen | 33609283 | | GAR | ~Canteen Date : 20180110 | $0.00 | $56.13 | $0.00 | $0.00 |
| 20180111 14:11 | ML - Mail | 33613634 | 1117002510 BERKSHIRE BANK | GAR | ~MATT LARKIN | $100.00 | $0.00 | $0.00 | $0.00 |
| 20180117 20:00 | PY - Payroll | 33634107 | | GAR | ~20171231 To 20180106 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20180117 22:30 | CN - Canteen | 33643265 | | GAR | ~Canteen Date : 20180117 | $0.00 | $56.45 | $0.00 | $0.00 |
| 20180121 13:51 | ML - Mail | 33653114 | 50747876820 | GAR | ~VEIOVIS, ABIGAIL, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20180122 13:19 | CI - Transfer from Club to Inmate A/c | 33655506 | | GAR | ~1/10/18 Canteen Refund~W105269 VEIOVIS,CAIUS PERSONAL~KCN WASH ACCOUNT - Z5 | $41.28 | $0.00 | $0.00 | $0.00 |
| 20180124 20:00 | PY - Payroll | 33665754 | | GAR | ~20180107 To 20180113 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20180124 22:34 | CN - Canteen | 33673979 | | GAR | ~Canteen Date : 20180124 | $0.00 | $48.64 | $0.00 | $0.00 |
| 20180126 09:49 | EX - External Disbursement | 33681356 | 78103 | GAR | ~Edward R. Hamilton Bookseller | $0.00 | $18.45 | $0.00 | $0.00 |
| 20180126 09:50 | EX - External Disbursement | 33681371 | 78104 | GAR | ~Edward R. Hamilton Bookseller | $0.00 | $15.40 | $0.00 | $0.00 |
| 20180129 08:37 | VI - Visitation | 33684540 | 24728825373 | GAR | ~VEIOVIS, ABIGAIL, , | $25.00 | $0.00 | $0.00 | $0.00 |
| 20180131 22:32 | CN - Canteen | 33705721 | | GAR | ~Canteen Date : 20180131 | $0.00 | $68.46 | $0.00 | $0.00 |
| 20180205 09:15 | VI - Visitation | 33718161 | 50747877000 | GAR | ~VEIOVIS, ABIGAIL, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20180205 09:15 | MA - Maintenance and Administration | 33718166 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20180205 12:22 | ML - Mail | 33721680 | 1117002529 | GAR | ~Matthew Varlein | $100.00 | $0.00 | $0.00 | $0.00 |
| 20180205 17:10 | IC - Transfer from Inmate to Club A/c | 33722708 | | GAR | ~VALENTINES DAY PHOTO 2018~PHOTO - Z13~PHOTO - Z13 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20180207 22:30 | CN - Canteen | 33741019 | | GAR | ~Canteen Date : 20180207 | $0.00 | $166.78 | $0.00 | $0.00 |
| 20180209 15:19 | ML - Mail | 33751160 | 24891544530 | GAR | ~VEIOVIS, ABIGAIL, , | $175.00 | $0.00 | $0.00 | $0.00 |
| 20180209 16:59 | IS - Interest | 33758656 | | GAR | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20180214 22:30 | CN - Canteen | 33788397 | | GAR | ~Canteen Date : 20180214 | $0.00 | $29.31 | $0.00 | $0.00 |
| 20180216 15:13 | VI - Visitation | 33798250 | 24728824462 | GAR | ~VEIOVIS, ABIGAIL, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20180220 11:46 | IC - Transfer from Inmate to Club A/c | 33804352 | | GAR | ~Tablet/Media Order~MUSIC PLAYER WASH ACCOUNT - Z228~MUSIC PLAYER WASH | $0.00 | $147.68 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20180605 09:51

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | W105269 | | | NCCI GARDNER | Page: 2 |
| Name : | VEIOVIS, CAJUS, , | | Statement From | 20180101 | |
| Inst : | NCCI GARDNER | | To | 20180605 | |
| Block : | THOMPSON-3 | | | | |
| Cell/Bed : | 369 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z228 | | | | |
| 20180221 14:17 | ML - Mail | 33810300 | 24891544541 | GAR | ~VEIOVIS, ABIGAIL, , | $175.00 | $0.00 | $0.00 | $0.00 |
| 20180221 22:30 | CN - Canteen | 33817411 | | GAR | ~Canteen Date : 20180221 | $0.00 | $47.07 | $0.00 | $0.00 |
| 20180226 09:36 | VI - Visitation | 33828971 | 2441549547 | GAR | ~VEIOVIS, ABIGAIL, , | $75.00 | $0.00 | $0.00 | $0.00 |
| 20180228 22:30 | CN - Canteen | 33848210 | | GAR | ~Canteen Date : 20180228 | $0.00 | $133.67 | $0.00 | $0.00 |
| 20180305 09:33 | VI - Visitation | 33861146 | 24620465878 | GAR | ~VEIOVIS, ABIGAIL, , | $50.00 | $0.00 | $0.00 | $0.00 |
| 20180305 09:33 | MA - Maintenance and Administration | 33861154 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20180307 22:31 | CN - Canteen | 33887815 | | GAR | ~Canteen Date : 20180307 | $0.00 | $88.23 | $0.00 | $0.00 |
| 20180312 11:34 | IS - Interest | 33907893 | | GAR | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20180312 14:39 | ML - Mail | 33916530 | 1117002544 | GAR | ~MATTHEW ? | $100.00 | $0.00 | $0.00 | $0.00 |
| 20180315 22:32 | CN - Canteen | 33935203 | | GAR | ~Canteen Date : 20180315 | $0.00 | $88.27 | $0.00 | $0.00 |
| 20180319 09:47 | VI - Visitation | 33943800 | 5047877516 | GAR | ~VEIOVIS, ABIGAIL, , | $75.00 | $0.00 | $0.00 | $0.00 |
| 20180321 22:31 | CN - Canteen | 33964527 | | GAR | ~Canteen Date : 20180321 | $0.00 | $87.24 | $0.00 | $0.00 |
| 20180328 22:33 | CN - Canteen | 33994666 | | GAR | ~Canteen Date : 20180328 | $0.00 | $81.55 | $0.00 | $0.00 |
| 20180402 23:06 | AD - Automated Deposit | 34012639 | | GAR | ~Elwood Abigail,19 north mountain rd.,Copake falls,NY,12517 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20180404 22:31 | CN - Canteen | 34029669 | | GAR | ~Canteen Date : 20180404 | $0.00 | $79.36 | $0.00 | $0.00 |
| 20180406 15:41 | IS - Interest | 34046240 | | GAR | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20180410 23:05 | AD - Automated Deposit | 34067897 | | GAR | ~Elwood Abigail,19 north mountain rd.,Copake falls,NY,12517 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20180411 22:31 | CN - Canteen | 34077586 | | GAR | ~Canteen Date : 20180411 | $0.00 | $93.17 | $0.00 | $0.00 |
| 20180416 23:06 | AD - Automated Deposit | 34091088 | | GAR | ~Elwood Abigail,19 north mountain rd.,Copake falls,NY,12517 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20180418 22:30 | CN - Canteen | 34108022 | | GAR | ~Canteen Date : 20180418 | $0.00 | $58.32 | $0.00 | $0.00 |
| 20180422 23:05 | AD - Automated Deposit | 34118433 | | GAR | ~Elwood Abigail,19 north mountain rd.,Copake falls,NY,12517 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20180425 22:30 | CN - Canteen | 34137922 | | GAR | ~Canteen Date : 20180425 | $0.00 | $51.99 | $0.00 | $0.00 |
| 20180430 23:05 | AD - Automated Deposit | 34153350 | | GAR | ~Elwood Abigail,57 High St,Pittsfield,MA,01201 | $75.00 | $0.00 | $0.00 | $0.00 |
| 20180502 22:30 | CN - Canteen | 34168317 | | GAR | ~Canteen Date : 20180502 | $0.00 | $66.29 | $0.00 | $0.00 |
| 20180503 23:05 | AD - Automated Deposit | 34176872 | | GAR | ~Elwood Abigail,57 High St,Pittsfield,MA,01201 | $175.00 | $0.00 | $0.00 | $0.00 |
| 20180504 13:58 | ML - Mail | 34178842 | 25101213570 | GAR | ~7 DAY BUSINESS HOLD FOR CHECKS OVER $200.00~VEIOVIS, ABIGAIL, , | $500.00 | $0.00 | $0.00 | $0.00 |
| 20180504 13:58 | MA - Maintenance and Administration | 34178845 | | GAR | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20180507 09:49 | VI - Visitation | 34182189 | 25101217653 | GAR | ~VEIOVIS, ABIGAIL, , | $195.00 | $0.00 | $0.00 | $0.00 |
| 20180509 10:28 | EX - External Disbursement | 34194386 | 78953 | GAR | ~World Tree Publications | $0.00 | $163.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: **20180605 09:51**

| | | | | | | Page: 3 |
|---|---|---|---|---|---|---|
| Commit# : | W105269 | | | NCCI GARDNER | | |
| Name : | VEIOVIS, CAIUS, , | | Statement From | 20180101 | | |
| Inst : | NCCI GARDNER | | To | 20180605 | | |
| Block : | THOMPSON-3 | | | | | |
| Cell/Bed : | 369 /A | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20180509 22:30 | CN - Canteen | 34203647 | | GAR | ~Canteen Date : 20180509 | $0.00 | $199.52 | $0.00 | $0.00 |
| 20180510 10:02 | IC - Transfer from Inmate to Club A/c | 34205814 | | GAR | ~Mothers Day Photo 2018~PHOTO - Z13~PHOTO - Z13 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20180511 16:02 | IS - Interest | 34219141 | | GAR | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20180514 23:05 | AD - Automated Deposit | 34234021 | | GAR | ~Elwood Abigail,57 High St,Pittsfield,MA,01201 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20180516 22:31 | CN - Canteen | 34249559 | | GAR | ~Canteen Date : 20180516 | $0.00 | $113.76 | $0.00 | $0.00 |
| 20180517 10:45 | IC - Transfer from Inmate to Club A/c | 34251621 | | GAR | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.50 | $0.00 | $0.00 |
| 20180517 10:46 | IC - Transfer from Inmate to Club A/c | 34251623 | | GAR | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.50 | $0.00 | $0.00 |
| 20180521 09:20 | VI - Visitation | 34261676 | 24774134760 | GAR | ~Cannot read name on money order | $100.00 | $0.00 | $0.00 | $0.00 |
| 20180522 22:31 | CN - Canteen | 34270647 | | GAR | ~Canteen Date : 20180522 | $0.00 | $63.64 | $0.00 | $0.00 |
| 20180529 10:20 | VI - Visitation | 34291729 | 24891538768 | GAR | ~VEIOVIS, ABIGAIL, , | $100.00 | $0.00 | $0.00 | $0.00 |
| 20180530 10:16 | CI - Transfer from Club to Inmate A/c | 34297428 | | GAR | ~Mother's Day refund for photo not taken~W105269 VEIOVIS,CAIUS PERSONAL~PHOTO - Z13 | $1.00 | $0.00 | $0.00 | $0.00 |
| 20180530 22:30 | CN - Canteen | 34305393 | | GAR | ~Canteen Date : 20180530 | $0.00 | $83.25 | $0.00 | $0.00 |
| 20180604 23:05 | AD - Automated Deposit | 34322294 | | GAR | ~Elwood Abigail,57 High St,Pittsfield,MA,01201 | $100.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $2,763.65 | $2,164.86 | $0.00 | $0.00 |

Balance as of ending date :  Personal **$645.81**   Savings **$0.00**

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $645.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

United States District Court
District of Massachusetts

_____

Civil Action No. _____

**Caius Veiovis,**
*Petitioner*

v.

**Colette Goguen, et al,**
*Respondents*

_____

**Certificate of Service**

_____

I hereby certify that I filed this document through the ECF system, whereby it will be sent electronically to the registered participants as identified on the Notice of Electronic filing, and that I have sent a copy of the same by sending it first-class mail, postage prepaid, to:

| | |
|---|---|
| Maura Healey | Colette Goguen, Superintendent |
| Attorney General | NCCI/Gardner |
| One Ashburton Place | 500 Colony Road |
| Boston, MA 02108 | Gardner, MA 01440 |

Caius Veiovis,
*By his attorney,*

<u>/s/ Dana Alan Curhan</u>
Dana Alan Curhan
B.B.O. # 544250
45 Bowdoin Street
Boston, MA 02114
(617) 267-3800