United States District Court
District of Massachusetts

_____

Civil Action No. _____

**Caius Veiovis,**
*Petitioner*

v.

**Colette Goguen, et al,**
*Respondents*

_____

**Motion for Appointment of Counsel**

_____

  The undersigned moves that this Court appoint him as counsel for the petitioner. In support of this motion, he states that he has been assigned by the Committee for Public Counsel Services to represent the petitioner in his habeas proceedings, as the petitioner has been determined to be indigent. However, the undersigned has been instructed to request that this Court appoint him as counsel if available.

  The undersigned handled the petitioner's appeal in the Massachusetts courts and states that there is a strong support in the record for his claim that the evidence was legally insufficient to establish his guilt of the first-degree murder count. The undersigned fully presented and preserved the petitioner's claim in the Massachusetts courts that his federal constitutional right to due process has been

violated by allowing a conviction to stand on less than proof beyond a reasonable doubt.

The undersigned will abide by any cap on such fees that this Court may impose.

                              Respectfully submitted,

                              Caius Veiovis,
                              *By his attorney,*

                              <u>/s/ Dana Alan Curhan</u>
                              Dana Alan Curhan
                              B.B.O. # 544250
                              45 Bowdoin Street
                              Boston, MA 02114
                              (617) 267-3800

United States District Court
District of Massachusetts

_____

Civil Action No. _____

**Caius Veiovis,**
*Petitioner*

v.

**Colette Goguen, et al,**
*Respondents*

_____

**Certificate of Service**

_____

I hereby certify that I filed this document through the ECF system, whereby it will be sent electronically to the registered participants as identified on the Notice of Electronic filing, and that I have sent a copy of the same by sending it first-class mail, postage prepaid, to:

| | |
|---|---|
| Maura Healey | Colette Goguen, Superintendent |
| Attorney General | NCCI/Gardner |
| One Ashburton Place | 500 Colony Road |
| Boston, MA 02108 | Gardner, MA 01440 |

Caius Veiovis,
*By his attorney,*

<u>/s/ Dana Alan Curhan</u>
Dana Alan Curhan
B.B.O. # 544250
45 Bowdoin Street
Boston, MA 02114
(617) 267-3800