UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CAIUS VEIOVIS, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | **CIVIL ACTION NO. 18-11632-TSH** |
| SUPERINTENDENT COLETTE GOUGUEN, | ) ) | |
| Respondent. | ) ) ) ) | |

<u>**ORDER**</u>
**August 10, 2018**

**HILLMAN, D.J.**

On August 2, 2018, state prisoner Caius Veiovis filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  He also filed motions for leave to proceed *in forma pauperis* and for the appointment of counsel.  Upon review of these documents, the Court hereby orders:

1.	The motion for leave to proceed *in forma pauperis* is DENIED insofar as petitioner seeks a waiver of the $5.00 filing fee.  Based on the information in the petitioner's prison account statement, he has adequate funds to pay the fee.  The petitioner must pay the filing fee within twenty-eight (28) days of the date of this order.  Failure to do so may result in dismissal of this action.

2.	The motion for leave to proceed *in forma pauperis* is GRANTED insofar as the petitioner seeks to establish financial eligibility for appointment of counsel under the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

3.	The motion for appointment of counsel is GRANTED.  Pursuant to the CJA, Dana A. Curhan is hereby appointed as counsel for petitioner Caius Vieovis.

**So Ordered.**

_/s/ Timothy s. Hillman_
TIMOTHY S. HILLMAN
U.S. DISTRICT JUDGE