United States District Court
District of Massachusetts

_____

Civil Action No. 4:18-cv-11632-TSH

**Caius Veiovis,**
*Petitioner*

v.

**Colette Goguen, et al,**
*Respondents*

_____

**Notice of Appeal**
_____

Pursuant to FED. R. APP. P. 3 and 4, notice is hereby given that Caius Veiovis, the petitioner in the above case, hereby appeals the denial of his petition for a writ of habeas corpus.

    Respectfully submitted,

    Caius Veiovis,
    *By his attorney,*

    /s/ Dana Alan Curhan
    Dana Alan Curhan
    B.B.O. # 544250
    45 Bowdoin Street
    Boston, MA 02114
    (617) 267-3800
    dana.curhan@gmail.com

United States District Court
District of Massachusetts

_____

Civil Action No. 4:18-cv-11632-TSH

**Caius Veiovis,**
*Petitioner*

v.

**Colette Goguen, et al,**
*Respondents*

_____

**Certificate of Service**

_____

I hereby certify that I filed this document through the ECF system, whereby it will be sent electronically to the registered participants as identified on the Notice of Electronic filing, including:

David F. Capeless
38 West Center Road
West Stockbridge, MA 01266

        Caius Veiovis,
        *By his attorney,*

        <u>/s/ Dana Alan Curhan</u>
        Dana Alan Curhan
        B.B.O. # 544250
        45 Bowdoin Street
        Boston, MA 02114
        (617) 267-3800
        dana.curhan@gmail.com