United States District Court
District of Massachusetts

_____

Civil Action No. 4:18-cv-11632-TSH

**Caius Veiovis,**
*Petitioner*

v.

**Colette Goguen, et al,**
*Respondents*

_____

**Application For A Certificate Of Appealability**

_____

Now comes the petitioner Caius Veiovis, and requests that this Court issue a certificate of appealability ("COA") under 28 U.S.C. § 2253. In support thereof, Veiovis states that he has made a substantial showing in his habeas petition that the trial and appellate process in the Massachusetts courts has been impaired to the point where his constitutional rights were compromised. *See* 28 U.S.C. § 2253(c)(2) (COA should issue "if the applicant has made a substantial showing of the denial of a constitutional right"). Specifically, in his habeas petition, Veiovis challenged the sufficiency of the evidence. While Veiovis respects the decision of this Court, he nevertheless contends that his sufficiency challenge is "debatable among jurists of reason[.]" *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983). *See Miller-*

1

*El v. Cockrell*, 537 U.S. 322, 330 (2003). *Compare Ouimette v. Moran*, 942 F.2d 1, 9-12 (1991).

      This Court's decision reflects a familiarity with the record and a careful analysis of his sufficiency challenge. Veiovis will not repeat his arguments, as this Court is certainly familiar with them. But as both this Court and the Supreme Judicial Court of Massachusetts acknowledged, the case against Veiovis was entirely circumstantial. Further, as this Court acknowledged, some of this circumstantial evidence points to someone other than Veiovis as the third person involved in the killing. Notwithstanding this Court's decision, an appellate court reviewing his challenge could come to a different conclusion than this Court did as to the sufficiency of the evidence. Veiovis therefore asks for an opportunity to address his challenge before the Court of Appeals and requests that this Court issue a certificate of appealability.

    Respectfully submitted,

Caius Veiovis,
*By his attorney,*

<u>/s/ Dana Alan Curhan</u>
Dana Alan Curhan
B.B.O. # 544250
45 Bowdoin Street
Boston, MA 02114
(617) 267-3800
dana.curhan@gmail.com

United States District Court
District of Massachusetts

_____

Civil Action No. 4:18-cv-11632-TSH

**Caius Veiovis,**
*Petitioner*

v.

**Colette Goguen, et al,**
*Respondents*

_____

**Certificate of Service**

_____

I hereby certify that I filed this document through the ECF system, whereby it will be sent electronically to the registered participants as identified on the Notice of Electronic filing, including:

David F. Capeless
38 West Center Road
West Stockbridge, MA 01266

                    Caius Veiovis,
                    *By his attorney,*

                    <u>/s/ Dana Alan Curhan</u>
                    Dana Alan Curhan
                    B.B.O. # 544250
                    45 Bowdoin Street
                    Boston, MA 02114
                    (617) 267-3800
                    dana.curhan@gmail.com