# United States Court of Appeals
### For the First Circuit

No. 22-1216

CAIUS VEIOVIS,

Petitioner - Appellant,

v.

COLETTE M. GOGUEN, Superintendent,

Respondent - Appellee.

Before

Barron, <u>Chief Judge</u>,
Howard and Montecalvo, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: March 6, 2023

Petitioner-Appellant Caius Veiovis appeals from the order of the district court denying his petition for habeas corpus, filed pursuant to 28 U.S.C. § 2254. We review the district court's denial of habeas relief de novo. <u>Moore</u> v. <u>Dickhaut</u>, 842 F.3d 97, 99 (1st Cir. 2016). We have carefully reviewed all of the parties' submissions, and the record. Substantially for the reasons set forth in the district court judge's Order dated March 23, 2022, we affirm the order denying the petition.

The judgment of the district court is affirmed. <u>See</u> 1st Cir. R. 27.0(c).

Petitioner-appellant has also filed a motion for appointment of counsel. "[P]etitioners have no constitutional right to counsel in [habeas corpus] proceedings." <u>Bucci</u> v. <u>United</u> States, 662 F.3d 18, 34 (1st Cir. 2011), <u>cert. denied</u>, 133 S.Ct. 277 (2012). After our review of petitioner's motion and of the entire record, we are not persuaded that "the interests of justice" require appointment of counsel. 18 U.S.C. §3006A(a)(2)(B).

Accordingly, Veiovis's motion for appointment of appellate counsel is denied.

So ordered.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dana Alan Curhan
Gabriel Thomas Thornton